UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL TERRY MAXWELL, Plaintiff - Appellant, v. ROY KAYLOR, Defendant - Appellee. | No. 22-15551 D.C. No. 5:18-cv-06121-NC U.S. District Court for Northern California, San Jose **ORDER** |

By February 16, 2024, appellant shall file either a motion or a stipulation to dismiss this matter pursuant to Fed. R. App. P. 42(b) or shall contact the Circuit Mediator.

The briefing schedule previously set by the court is vacated.

FOR THE COURT:

Steven J. Saltiel
Circuit Mediator

cl/mediation